AMERICAN MERCHANT MARINE INSURANCE COMPANY, Libelant-Appellant, v. THE Steamship PAULSBORO, Her Engines, etc.; Vacuum Oil Company, Claimant-Appellee.

(Circuit Court of Appeals, Second Circuit. February 19, 1926.)

No. 212.

Appeal from the District Court of the United States for the Southern District of New York.

John Spoor Stover and Alfred Hayes, both of New York City, for appellant.

Barry, Wainwright, Thacher & Symmers, of New York City (John C. Prizer, of New York City, of counsel), for appellee.

Before ROGERS, HOUGH, and HAND, Circuit Judges.

PER CURIAM. Decree (11 F.[2d] 625) affirmed.